UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE SUMMARY

ORIGINAL

SA CR 07 - 0183

Case Number __SA CR_____    Defendant Number __1_____
U.S.A. v. __Kenneth Wayne Ferguson__    Date of Birth __1962_____
☒ Indictment    ☐ Information    Investigative Agency (FBI, DEA, etc.) __HHS-OIG, FBI, IRS__

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

**OFFENSE/VENUE**

a. Offense charged as a:    ☐ Petty Offense
    ☐ Misdemeanor  ☐ Minor Offense    ☒ Felony
b. Date of Offense: __7/04-10/04_____
c. County in which first offense occurred:
    __Orange County_____
d. The crimes charged are alleged to have been committed in:
    CHECK ALL THAT APPLY
    ☐ Los Angeles    ☐ Ventura
    ☒ Orange         ☐ Santa Barbara
    ☐ Riverside      ☐ San Luis Obispo
    ☐ San Bernardino ☐ Other _____
Citation of offense: __18 U.S.C. §1347, 18 U.S.C. §1956(a)(1)(A)__

**RELATED CASE**
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?    ☒ No    ☐ Yes
    IF YES   Case Number _____

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: MUST MATCH NOTICE OF RELATED CASE _____

**PREVIOUSLY FILED COMPLAINT**
A complaint was previously filed on: _____
    Case Number: _____
    Charging: _____

The Complaint:    ☐ is still pending
    ☐ was dismissed on: _____

**COMPLEX CASE**
Are there 8 or more defendants in the Indictment/Information?
    ☐ Yes*         ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
    ☐ Yes*         ☒ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
_____

Case Number: _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge
_____

☐ was previously dismissed on: _____

Are there 8 or more defendants in the superseding case?
    ☐ Yes*         ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
    ☐ Yes*         ☒ No

Was a Notice of Complex Case filed on the Indictment of Information?
    ☐ Yes          ☒ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:    ☐ Yes    ☒ No
IF YES, list language and/or dialect: _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE SUMMARY

**OTHER**
- ☒ Male ☐ Female
- ☒ U.S. Citizen ☐ Alien
- Alies Name(s): _____

This defendant is charged in: ☒ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 U.S.C. 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 U.S.C. 3166(b)(7).

Is defendant a juvenile: ☐ Yes ☒ No
IF YES, should matter be sealed? ☐ Yes ☐ No

The area of substantive law that will be involved in this case includes:
- ☐ financial institution fraud ☐ public corruption
- ☐ government fraud ☐ tax offenses
- ☐ environmental issues ☐ mail/wire fraud
- ☒ Other: health care fraud/money laundering

**CUSTODY STATUS**
Defendant is **NOT** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   In the amount of $_____
c. PSA supervision? ☐ Yes ☐ No
d. Is a Fugitive? ☐ Yes ☐ No
e. Is on bail or release from another district: _____
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested: ☒ Yes ☐ No

Defendant is **IN** custody:
a. Place of incarceration: ☐ State ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction: ☐ Yes ☐ No
   IF YES ☐ State ☐ Federal ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes ☐ No
   IF YES ☐ State ☐ Federal AND
   Name of Court: _____
Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ___ 20 ___ 21 ___ 400

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date: 9-11-07

_Signature of Assistant U.S. Attorney_

JEANNIE M. JOSEPH
_Print Name_

CR-72 (07/05)  CASE SUMMARY  Page2 of 2